[996 NE2d 904, 974 NYS2d 24]

BRUNO KEARNEY ARCHITECTS, LLP, Appellant, v LISA ROSE, Respondent.

Decided September 10, 2013

**APPEARANCES OF COUNSEL**

*Gogick, Byrne & O'Neill, LLP*, New York City (*John M. Rondello, Jr.*, of counsel), for appellant.

*Law Offices of William R. Garbarino*, Sayville (*Donald R. Hamill* of counsel), for respondent.

**OPINION OF THE COURT**

On review of submissions pursuant to section 500.11 of the Rules of the Court of Appeals (22 NYCRR 500.11), order affirmed, with costs, and judgment absolute dismissing the complaint granted upon plaintiff's stipulation. The Appellate Division correctly determined that plaintiff was not entitled to recovery against defendant.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT and ABDUS-SALAAM. Taking no part: Judge RIVERA.